# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, and SOUTHGATE DEVELOPMENT CO.,<br><br>                  Defendants. | **Case No.** C05-5447 RJB<br><br>**Minute Order**<br>**Re: Settlement Conference** |

THIS matter having been referred by the Honorable Robert J. Bryan for purposes of a settlement conference, and the parties and counsel having met with U.S. Magistrate Judge, J. Kelley Arnold this date, the court memorializes the results of the Settlement Conference in this Minute Order as follows:

1. The dispute between the plaintiff and defendant Washington State Department of Transportation was not resolved. The court remains willing to work with the parties telephonically should they so desire. In the interim pending motions between the plaintiff and the Washington State Department of Transportation may go forward.

2. The dispute between plaintiff and defendant Southgate Development Co., was resolved as between the parties. The pending motions between the plaintiff and defendant Southgate Development Co. should be stricken as moot.

Entered by Deputy Clerk, */s/Kelly Miller*, this 4th day of October 2006.

ORDER
Page - 1