IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. C05-5447RJB |
| | ) | |
| WASHINGTON STATE DEPARTMENT OF TRANSPORTATION | ) ) | **ORDER GRANTING** |
| | ) | **LEAVE TO FILE SURREPLY** |
| and | ) | |
| SOUTHGATE DEVELOPMENT CO., INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

This Court, having duly considered the United States' Motion for Leave to File Surreply to Defendant WSDOT's Reply to United States' Opposition to Motion to Supplement the Administrative Record, hereby ORDERS that the United States' Motion is granted.

So ORDERED this 17th day of October, 2006.

_____
Robert J Bryan
United States District Judge

- 2 -

1
2
3  Prepared by:
4  s/ Katherine A. Loyd
   Trial Attorney
5  Environment and Natural Resources Division
   United States Department of Justice
6  P.O. Box 7611
   Washington, D.C.  20044-7611
7  (202) 514-3143
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25