UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, and SOUTHGATE DEVELOPMENT CO.,<br><br>    Defendants. | CASE NO. C05-5447RJB<br><br>ORDER (1) RE-NOTING MOTION TO ENTER CONSENT DECREE AND (2) ON THE AWARD OF RESPONSE COSTS |

This matter comes before the Court on the plaintiff's Motion to Enter Consent Decree Between United States and Defendant Southgate Development Co. (Dkt. 185) and the parties' briefing (Dkts. 191, 195, 196) in response to the Court's Opinion (Dkt. 181). Because the apportionment of response costs is implicated both by the proposed consent decree and by the award of damages, both matters will be addressed by this Order. The Court has considered the pleadings filed in support of and in opposition to the motion, the parties' briefing, and the remainder of the file herein.

## I. FACTUAL BACKGROUND

The Palermo Wellfield Superfund Site ("the Site") is defined by groundwater contaminant plumes in Tumwater, Washington at, and in the vicinity of, the Palermo Wellfield ("PWF") and Palermo neighborhood. The Palermo Wellfield provides drinking water for the City of Tumwater

ORDER
Page 1