# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNTIED STATES OF AMERICA | JUDGMENT IN A CIVIL CASE |
| v. | |
| WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, and SOUTHGATE DEVELOPMENT CO. | CASE NUMBER: C05-5447RJB |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered

The United States is awarded cost recovery in the amount of $5,541,620.16, in addition to stipulated prejudgment interest in the amount of $1,412,240.74.

July 6, 2007

BRUCE RIFKIN
Clerk

/s/ Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk